UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| | 08 CV 5826 |
| LINDA KANOWITZ, Plaintiff, -against- THE CITY OF NEW YORK, Defendant. | **AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY  )
COUNTY OF ESSEX      )

Megan Strickland, being duly sworn, deposes and says:

1. I am over 18 years of age and am employed by Patton Boggs LLP for Defendant City of New York and am not a party to this action.

2. On Friday, June 27, 2008, I served a true and correct copy of a Civil Cover Sheet, Notice of Removal, Statement of Related Case Pursuant to Local Rule 1.6(a), 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, Individual Practices of Magistrate Judge Theodore H. Katz, Individual Rules of the Honorable Alvin K. Hellerstein and Chambers Rules for September 11 Consolidated Cases, by Federal Express upon:

**Michael A. London, Esq.**
Douglas & London, P.C.
111 John Street, 14th Floor
New York, NY 10038

_____
Megan Strickland

Sworn to before me this
27th day of June, 2008.

_____
Notary Public

KRISTINA BAKALIAN
Notary Public, State of New Jersey
My Commission Expires: 12/11/2012